# CITATION

| ROCHELLE SINGLETON VS. SANTANDER CONSUMER USA INC |
| --- |
| 11-02832-C |

SANTANDER CONSUMER USA, INC.

THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS, CT CORPORATION SYSTEM
5615 CORPORATE BLVD, SUITE 400B
BATON ROUGE, LA 70808

Baton Rouge City Court
233 St. Louis Street
Baton Rouge, La. 70802
225-389-3017

## YOU HAVE BEEN SUED.

You are hereby cited either to comply with the demand contained in the petition, a certified copy attached hereto, or make an appearance by filing an answer or other pleading **WITHIN TEN (10) DAYS** in the office of the Clerk of this Court, 233 St. Louis Street, Baton Rouge, Louisiana 70802. If you do not file an answer or legal pleading a **DEFAULT JUDGMENT** may be entered against you without further notice. This citation was issued by the Clerk of Court for the City of Baton Rouge, Louisiana on this date June 29, 2011.

_Allison Woods_
Deputized Clerk/Specialist of City Court for
LON NORRIS, Clerk of Court/Administrator

_____
Senior Deputy/Deputy Clerk of City Court for
LON NORRIS, Clerk of Court/Administrator

*Also attached are the following documents:*
*Petition*

---

### ADDITIONAL INFORMATION

These documents mean you have been sued.
Legal assistance is advisable and you should contact a lawyer immediately.

If you want a lawyer and can't find one, you may call Baton Rouge Lawyer Referral Service, which operates in conjunction with the Baton Rouge Bar Association at (225)344-9926. If you qualify, you may be entitled to free legal assistance through the Capital Area Legal Services Corporation. For more information, call (225) 387-5173.

If you would like financial counseling, you may call Consumer Credit Counseling Services, which is a non-profit community program sponsored by the business community to help solve financial problems at (225) 927-4274.

---

**JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**

RIDGE, GARTH J
251 FLORIDA STREET, SUITE 301

BATON ROUGE, LA 70801

Work Done By: Allison Woods
Civil Form: CITALL.DOC
Rev. Date: 04-03-2003



EXHIBIT A

ROCHELLE SINGLETON            NUMBER: 11-02832-C

                         CITY COURT OF BATON ROUGE

v.                            EAST BATON ROUGE PARISH

SANTANDER CONSUMER USA INC.   STATE OF LOUISIANA

## PETITION

THE PETITION OF Rochelle Singleton, a natural person, represented herein by undersigned counsel respectfully represents:

1.

The Plaintiff brings this individual action for damages based upon Defendant's unlawful and deceptive credit practices. The complaint alleges violations of the "Equal Credit Opportunity" provisions of the Federal Consumer Credit Protection Act, 15 U.S.C. § 1691, et seq. (hereinafter referred to as "ECOA"), and Regulation B, 12 C.F.R. § 202 (hereinafter referred to as "Regulation B"). Plaintiff also seeks declaratory and injunctive relief, actual damages, punitive damages, costs, and attorney's fees under the ECOA.

2.

Jurisdiction and venue are proper in this court since defendant's registered office is located within the city limits of Baton Rouge.

3.

This Court is authorized to grant declaratory and injunctive relief pursuant to 15 U.S.C. § 1691e©.

4.

Plaintiff, Rochelle Singleton ("plaintiff" or "Ms. Singleton"), is a natural person who resides in the city of Baton Rouge, and is an "applicant" as defined by 15 U.S.C. § 1691a(b) of the ECOA.

5.

Made a defendant herein is Santander Consumer USA Inc. ("defendant"), a foreign corporation doing business in the state of Louisiana. Defendant's registered agent for service of

Page 1 of 3

process in the state of Louisiana is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808.

6.

At all times relevant hereto, defendant regularly extends, renews, or continues credit, arranges for the extension, renewal, or continuation of credit, or participates in the decision of whether or not to extend credit.

7.

On or about March 4, 2009, Plaintiff applied for the extension of credit through Gerry Lane Chevrolet ("Gerry Lane") for the purpose of purchasing and financing a motor vehicle.

8.

Pursuant to this application for the extension of credit, Gerry lane forwarded a credit application to defendant who then requested or caused to be requested, and had issued, a consumer report on Plaintiff in order to determine whether or not to it would agree to purchase a credit contract for plaintiff for the purchase of a motor vehicle.

9.

Based on information contained in this consumer report, defendant took adverse action on plaintiff's application and denied her credit.

10.

On March 30, 2009, defendant mailed an adverse action letter pursuant to the requirements of ECOA and Regulation B to plaintiff.

11.

This letter listed as one of the reasons for denying plaintiff's application for credit as "Too many recently reported auto finance trades."

12.

Plaintiff verified that this reason was not correct by requesting a copy of her consumer report from the consumer reporting agency (commonly referred to as a "credit bureau").

13.

Defendant therefore violated the ECOA and Regulation B by providing plaintiff with a reason for this denial of credit that was incorrect.

14.

As a direct and proximate result of defendant's violations of the ECOA and Regulation B, plaintiff has suffered actual damages for her embarrassment, humiliation, mental distress, inconvenience, and defendant is liable thereof, pursuant to §706(a) of the ECOA, 15 U.S.C. §1691e(a).

15.

The acts complained of herein were done by defendant intentionally, willfully, or purposefully fail to comply with the requirements of the ECOA, including but not limited to, section 1691(d), and of Regulation B, including but not limited to sections 202.9, and plaintiff is entitled to punitive damages, declaratory and injunctive relief.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against defendant Santander Consumer USA Inc. for:

(a) actual damages;

(b) injunctive and declaratory relief pursuant to 15 U.S.C. § 1691e(c);

(c) punitive damages as to Count I pursuant to 15 U.S.C. § 1691e(b);

(d) attorney's fees pursuant to 15 U.S.C. § 1691e(d);

(e) costs; and

(f) for such other and further relief as may be just and proper.

Respectfully submitted,

FILED March 30, 2011
(SIGNED) S/ Susan Broussard
Deputy Clerk
Baton Rouge City Court
A TRUE COPY June 29, 2011
(SIGNED) _____ 83301
Deputy Clerk
Baton Rouge City Court

_____
GARTH J. RIDGE
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, La. 70801
Telephone: (225) 343-0700
Facsimile: (225) 343-7700

PLEASE HOLD SERVICE AT THIS TIME