**GARTH J. RIDGE**
ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

June 7, 2012

Judge James Brady
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

      Re:    **Rochelle Singleton v. Santander Consumer USA Inc.**
             **Number: 11-519-JJB-SCR**
             **United States District Court, Middle District of Louisiana**

Dear Judge Brady:

    I am notifying the court that a settlement has been reached in this matter.

    If you have any questions with regard to the above, please do not hesitate to contact me.

    With warm professional regards and courtesies I remain

                                                  Sincerely,

                                                 Garth J. Ridge

GJR/pkt
cc:    Rochelle Singleton
        James Young, Esquire
        Mr. Nick Lorio
        Magistrate Judge Riedlinger